SAO
KRISTOPHER T. ZEPPENFELD
Nevada Bar No. 12144
kz@vegasvalleylaw.com
GARRETT B. LOGAN, ESQ.
Nevada Bar No. 15063
gbl@vegasvalleylaw.com
VEGAS VALLEY INJURY LAW
710 South Seventh Street, Suite C
Las Vegas, Nevada 89101
Tel: (702) 444-5555
Fax: (725) 800-7227
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CONSTANCE BENTON, Special Administrator of the Estate of ROBERT BARCONIA, JR., deceased,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., a Delaware Corporation d/b/a WALMART SUPERCENTER #3728; ROE VENDOR CORPORATION; ROE SECURITY COMPANY, DOES I-X and ROE CORPORATIONS II-X, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-01034-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(FIFTH REQUEST)** |

COME NOW Plaintiff, CONSTANCE BENTON, Special Administrator of the Estate of ROBERT BARCONIA, JR. ("PLAINTIFF"), Defendant, WALMART, INC. d/b/a WALMART SUPERCENTER #3728 ("WALMART"), and Defendant BROSNAN RISK CONSULTANTS, LTD. ("BROSNAN"), by and through their respective counsel, and hereby submit this Stipulation and Order to Extend Discovery Plan and Scheduling Order (Fifth Request) pursuant to LR IA 6-1 and LR 26-3 as follows:

/ / /

/ / /

# I.

## PROCEDURAL HISTORY

On May 25, 2023, Plaintiff Constance Benton, as Special Administrator of the Estate of Robert Barconia, Jr., filed her Complaint against Defendant Walmart in the Eighth Judicial District Court for Clark County, Nevada. On June 16, 2023, Defendant filed its Answer to Plaintiff's Complaint. On July 5, 2023, Defendant filed its Petition for Removal and removed the matter to this Court based on diversity jurisdiction. On July 18, 2023, Defendant filed its Statement Regarding Removal. On August 3, 2023, Plaintiff filed her Motion to Remand to State Court, which Defendant opposed on August 17, 2023, and the Court denied on October 13, 2023. Meanwhile, the parties participated in the Fed. R. Civ. P. 26(f) conference on August 31, 2023, and their proposed Joint Discovery Plan and Scheduling Order was entered by this Court on September 6, 2023. That same day, the Court also approved the parties' Stipulated Protective Order regarding disclosure of Confidential Information. On October 26, 2023, the parties, along with the City of North Las Vegas, submitted their proposed Stipulative Protective Order, which the Court approved on October 31, 2023.

Plaintiff submitted her Stipulation and Order to Amend the Complaint on February 27, 2024 and the court approved the Stipulation on February 28, 204. Plaintiff filed her First Amended Complaint on March 1, 2024. Defendant Brosnan Risk Consultants, Ltd. filed is Answer to First Amended Complaint on March 25, 2024.

On November 28, 2023, the parties stipulated to extend the Discovery Plan and filed their Stipulation and Order to Extend Discovery Plan and Scheduling Order (First request) on November 29, 2023, which this Court approved on December 1, 2023.

On January 31, 2024, the parties stipulated to extend the Discovery Plan and filed their Stipulation and Order to Extend Discovery Plan and Scheduling Order (Second request) on January 31, 2024, which this Court approved on February 2, 2024.

On March 22, 2024, newly added Defendant Brosnan Risk Consultants, LTD. filed its Answer in the case. Thereafter, on May 9, 2024, the Court approved and entered the parties' Amended Discovery Plan.

On or about July 29, 2024, the parties stipulated to extend the Discovery Plan and filed their Stipulation and Order to Extend Discovery Plan and Scheduling Order (third request) on July 29, 2024, which the Court approved on July 30, 2024.

On or about October 17, 2024, the parties stipulated to extend the Discovery Plan and filed their Stipulation and Order to Extend Discovery Plan and Scheduling Order (fourth request) on October 17, 2024, which the Court approved on October 18, 2024.

I.

**DISCOVERY COMPLETED**

**To date, the parties have completed the following discovery:**

1. Plaintiff's FRCP 26 Initial Disclosure, served September 8, 2023;

2. Defendant Walmart's FRCP 26 Initial Disclosure, served September 15, 2023;

3. Defendant Walmart's First Supplement to FRCP 26 Initial Disclosure, served December 28, 2023;

4. Defendant Walmart's Second Supplement to FRCP 26 Initial Disclosure, served December 28, 2023;

5. Defendant Brosnan's FRCP 26 Initial Disclosure, served April 29, 2024;

6. Defendant Brosnan's First Supplement to FRCP 26 Initial Disclosure, served October 17, 2024;

7. Plaintiff's First Set of Request for Production to Defendant Brosnan, served September 17, 2024;

8. Defendant Brosnan's Responses to Plaintiff's First Set of Request for Production, served October 17, 2024;

9. Plaintiff's First Set of Request for Interrogatories to Defendant Brosnan, served September 17, 2024;

10. Plaintiff's First Set of Request for Production to Defendant Walmart, served October 6, 2023;

11. Defendant Walmart's Responses to Plaintiff's First Set of Request for Production, served December 28, 2023;

12. Plaintiff's First Set of Request for Interrogatories to Defendant Walmart, served October 6, 2023;

13. Defendant Walmart's Responses to Plaintiff's First Set of Interrogatories, served January 4, 2024;

14. Plaintiff's Notice of Intent to Serve Subpoena Duces Tecum to North Las Vegas Police Department, served October 6, 2023;

15. Defendant Brosnan's Second Supplement to FRCP 26 Initial Disclosure, served October 21, 2024.

### III.

### DISCOVERY REMAINING TO BE COMPLETED

Discovery to be completed includes:

1. Deposition of Plaintiff;

2. Deposition of Defendants' employees;

3. Deposition of FRCP 30(b)(6) witnesses;

4. Deposition of percipient witnesses;

5. Initial Expert disclosures;

6. Rebuttal Expert disclosures;

7. Deposition of Experts; and

8. Additional discovery as needed.

Good cause exists to continue the current Discovery Plan and Scheduling Order. The parties are diligently working to move the case forward. However, the third-party assailant in this matter recently accepted a plea deal and is awaiting sentencing (set for December 4th, 2024). The parties are only now able to obtain information from the homicide investigation that will be crucial to the claims and defenses in this matter. As such, the additional time is necessary to obtain this information and provide to the various experts retained in this matter to further any opinions reached.

Therefore, the Parties have agreed to a thirty (30) day extension to allow the Parties to complete the necessary discovery. Specifically, the Parties believe this extension is necessary

because the parties will need to schedule the remaining depositions, including Plaintiff's deposition, conduct expert discovery, and serve additional written discovery.

No trial has been set on this matter and neither party will be prejudiced by the requested extension.

## IV.

## PROPOSED DISCOVERY SCHEDULE AND TRIAL DATE

|  | Current Date | Proposed Date |
|---|---|---|
| Discovery Cut-Off: | 02/28/2025 | **03/31/2025** |
| Motions to Amend Pleadings/Add Parties | 12/02/2024 | **01/03/2025** |
| Initial Expert Disclosures: | 12/02/2024 | **01/03/2025** |
| Rebuttal Expert Disclosures: | 01/01/2025 | **01/31/2025** |
| Dispositive Motions: | 03/31/2025 | **04/30/2025** |
| Joint Pretrial Order | 04/30/2025 | **05/30/2025** |

/ / /

/ / /

/ / /

/ / /

/ / /

1  No trial date will be impacted by the extension as no such trial date has been set. The parties

2  submit that the reasons set forth above constitute good cause for the requested extension.

3  DATED this 26th day of November 2024.

VEGAS VALLEY INJURY LAW

 /s/ Kristopher T. Zeppenfeld
_____
KRISTOPHER T. ZEPPENFELD, ESQ.
Nevada Bar No. 12144
710 S. Seventh Street, Suite C
Las Vegas, NV 89101
*Attorneys for Plaintiff*

SKANE MILLS LLP

 /s/ Sarai L. Thornton
_____
SARAI L. THORNTON, ESQ. (#11067)
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
*Attorneys for, Walmart Inc. dba Walmart Supercenter #3728*

OLSON CANNON & GORMLEY

 /s/ Max E. Corrick, II
_____
MAX E. CORRICK, II
Nevada Bar No. 006609
9950 West Cheyenne Avenue
Las Vegas, NV 89129
*Attorney for Brosnan Risk Consultants, Ltd.*

**IT IS SO ORDERED**

**DATED:** 10:15 am, November 27, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

Tuesday, November 26, 2024 at 14:07:16 Pacific Standard Time

| | |
|---|---|
| **Subject:** | Re: [External Sender] Benton/Barconia adv. Walmart and Brosnan |
| **Date:** | Tuesday, November 26, 2024 at 2:06:11 PM Pacific Standard Time |
| **From:** | Sarai L. Thornton |
| **To:** | Kris T. Zeppenfeld, Esq. |
| **CC:** | Max Corrick, Elizabeth Spaur, Jane Hollingsworth, Yesenia Lutes, Allison Hardy, Jennifer Reynhout |
| **Attachments:** | image001.png, image002.png |

You may affix my e-signature.

Thanks,

Sarai
Sent from my iPhone

> On Nov 26, 2024, at 12:03PM, Kris T. Zeppenfeld, Esq. <kz@vegasvalleylaw.com> wrote:
>
>
> Counsel,
>
> Attached is the proposed SAO we discussed. Please let us know if we can affix your e-signatures and submit. Otherwise, let us know if you have any proposed revisions. Thank you,
>
> Kris
>
> <image002.png>
>
> **Vegas Valley Injury Law**
> **Kris T. Zeppenfeld, Esq.**
> **Executive Shareholder**
>
> T: 702-444-5555 | F: 725-800-7227
> Email: kz@vegasvalleylaw.com | www.vegasvalleylaw.com
> 710 South 7th Street, Las Vegas, Nevada, 89101
>
> CONFIDENTIAL AND PRIVILEGED: This communication is intended only for the person named above. If you are not the person named above, or the employee or agent responsible for delivery of the information contained herein, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please destroy it and notify me via reply email. Thank you.
>
> **From:** Max Corrick <mcorrick@ocgattorneys.com>
> **Date:** Monday, November 25, 2024 at 12:05 PM
> **To:** Kris T. Zeppenfeld, Esq. <kz@vegasvalleylaw.com>, Sarai L. Thornton <sthornton@skanemills.com>, Elizabeth Spaur <espaur@skanemills.com>

**Cc:** Jane Hollingsworth <jhollingsworth@ocgattorneys.com>, Yesenia Lutes <ylutes@skanemills.com>, Allison Hardy <AHardy@vegasvalleylaw.com>, Jennifer Reynhout <jreynhout@vegasvalleylaw.com>
**Subject:** RE: Benton/Barconia adv. Walmart and Brosnan

That's fine on my end.

Max Corrick
OLSON CANNON & GORMLEY
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129

Office: 702-384-4012
Direct Dial: 702-383-1657

\*\*Please be advised our firm's email addresses currently mcorrick@ocgas.com will expire.
New email address: mcorrick@ocgattorneys.com

This email, including attachments, is intended for the person(s) or company named and may contain confidential and/or legally privileged information.  Unauthorized disclosure, copying or use of this information may be unlawful and is prohibited.  This email and any attachments are believed to be free of any virus or other defect that might affect any computer into which it is received and opened, and it is the responsibility of the recipient to ensure it is virus free, and no responsibility is accepted by Olson Cannon & Gormley for any loss or damage arising in any way from its use.  If you have received this communication in error, please immediately notify the sender at 702-384-4012, or by electronic email.

**From:** Kris T. Zeppenfeld, Esq. <kz@vegasvalleylaw.com>
**Sent:** Monday, November 25, 2024 12:01 PM
**To:** Max Corrick <mcorrick@ocgattorneys.com>; Max Corrick <mcorrick@ocgattorneys.com>; Sarai L. Thornton <sthornton@skanemills.com>; Elizabeth Spaur <espaur@skanemills.com>
**Cc:** Jane Hollingsworth <jhollingsworth@ocgattorneys.com>; Yesenia Lutes <ylutes@skanemills.com>; Allison Hardy <AHardy@vegasvalleylaw.com>; Jennifer Reynhout <jreynhout@vegasvalleylaw.com>
**Subject:** Benton/Barconia adv. Walmart and Brosnan
**Importance:** High

Counsel,

We have expert disclosures due on December 2nd in the above matter. I have been informed that the assailant is set for sentencing on December 4th. Are you agreeable to kicking out discovery/expert dates another 30 days? Happy to discuss. I am reachable throughout the week.

Kris

|   |   |
|---|---|
| <image001.png> | **Vegas Valley Injury Law**<br>**Kris T. Zeppenfeld, Esq.**<br>**Executive Shareholder**<br><br>T: 702-444-5555 \| F: 725-800-7227<br>Email: kz@vegasvalleylaw.com \| www.vegasvalleylaw.com<br>710 South 7th Street, Las Vegas, Nevada, 89101 |

CONFIDENTIAL AND PRIVILEGED:  This communication is intended only for the person named above.  If you are not the person named above, or the employee or agent responsible for delivery of the information contained herein, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please destroy it and notify me via reply email. Thank you.

<SAO to Extend Disco (5th Request).docx>