KRISTOPHER T. ZEPPENFELD
Nevada Bar No. 12144
kz@vegasvalleylaw.com
GARRETT B. LOGAN, ESQ.
Nevada Bar No. 15063
gbl@vegasvalleylaw.com
VEGAS VALLEY INJURY LAW
710 South Seventh Street, Suite C
Las Vegas, Nevada 89101
Tel: (702) 444-5555
Fax: (725) 800-7227
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CONSTANCE BENTON, Special Administrator of the Estate of ROBERT BARCONIA, JR., deceased,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., a Delaware Corporation d/b/a WALMART SUPERCENTER #3728; BROSNAN RISK CONSULTANTS, LTD., a New York Corporation; ANDERSON MERCHANDISERS, LLC, a foreign limited liability company; DOES I-X and ROE CORPORATIONS IV-X, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-01034-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE TO DEFENDANTS' MOTIONS AND PARTIAL MOTIONS FOR SUMMARY JUDGMENT** |

COMES NOW Plaintiff, CONSTANCE BENTON, Special Administrator of the Estate of ROBERT BARCONIA, JR., Defendant, WALMART, INC. d/b/a WALMART SUPERCENTER #3728, Defendant, ANDERSON MERCHANDISERS, LLC, and Defendant BROSNAN RISK CONSULTANTS, LTD., by and through their respective counsel of record, and hereby stipulate and agree to extend Plaintiff's deadline to respond to their Motions and Partial Motions for Summary Judgment as follows:

/ / /

**CURRENT DEADLINES TO RESPOND**

| | |
|---|---|
| Joint Motion for Summary Judgment (Doc. 70) | September 17, 2025 |
| Joint Motion for Partial Summary Judgment (Doc. 71) | September 18, 2025 |
| Brosnan Motion for Partial Summary Judgment re: 2nd COA (Doc. 72) | September 19, 2025 |

**PROPOSED DEADLINES TO RESPOND**

| | |
|---|---|
| Joint Motion for Summary Judgment (Doc. 70) | September 19, 2025 |
| Joint Motion for Partial Summary Judgment (Doc. 71) | September 19, 2025 |
| Brosnan Motion for Partial Summary Judgment re: 2nd COA (Doc. 72) | September 19, 2025 |

DATED this 11th day of September, 2025.

| | |
|---|---|
| VEGAS VALLEY INJURY LAW | OLSON CANNON & GORMLEY |
| /s/ Kristopher T. Zeppenfeld | /s/ Max E. Corrick |
| KRISTOPHER T. ZEPPENFELD, ESQ.<br>Nevada Bar No. 12144<br>710 S. Seventh Street, Suite C<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff* | MAX E. CORRICK, II<br>Nevada Bar No. 006609<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129<br>*Attorney for Brosnan Risk Consultants, Ltd.* |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | SKANE MILLS LLP |
| /s/ Jon J. Carlston | /s/ Sarai L. Thornton |
| CHRIS J. RICHARDSON, ESQ.<br>Nevada Bar No. 9166<br>JON J. CARLSTON, ESQ.<br>Nevada Bar No. 10869<br>*Attorneys for Defendant Anderson Merchandisers, LLC* | SARAI L. THORNTON, ESQ. (#11067)<br>1120 Town Center Drive, Suite 200<br>Las Vegas, Nevada 89144<br>*Attorneys for Walmart Inc. dba Walmart* |

## ORDER

**IT IS SO ORDERED** that Plaintiff's response deadlines will be extended as agreed to by the parties herein.

| | |
|---|---|
| Joint Motion for Summary Judgment (Doc. 70) | **September 19, 2025** |
| Joint Motion for Partial Summary Judgment (Doc. 71) | **September 19, 2025** |
| Brosnan Motion for Partial Summary Judgment re: 2nd COA (Doc. 72) | **September 19, 2025** |

**IT IS SO ORDERED.**

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Dated: September 11, 2025

Respectfully submitted by:

VEGAS VALLEY INJURY LAW

*/s/ Kristopher T. Zeppenfeld*
Kristopher T. Zeppenfeld, Esq. (12144)
710 South Seventh Street, Suite C
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

Thursday, September 11, 2025 at 09:53:45 Pacific Daylight Time

**Subject:** RE: [External Sender] Benton v Walmart, et al.
**Date:** Thursday, September 11, 2025 at 8:45:46 AM Pacific Daylight Time
**From:** Max Corrick
**To:** Sarai L. Brown, Carlston, Jon J., Allison Hardy
**CC:** Kris T. Zeppenfeld, Esq., Justin Pasquale, Esq., Jennifer Reynhout

Approved

Max Corrick
OLSON CANNON & GORMLEY
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129

Office: 702-384-4012
Direct Dial: 702-383-1657

**Please be advised our firm's email addresses currently mcorrick@ocgas.com will expire.
New email address: mcorrick@ocgattorneys.com

This email, including attachments, is intended for the person(s) or company named and may contain confidential and/or legally privileged information. Unauthorized disclosure, copying or use of this information may be unlawful and is prohibited. This email and any attachments are believed to be free of any virus or other defect that might affect any computer into which it is received and opened, and it is the responsibility of the recipient to ensure it is virus free, and no responsibility is accepted by Olson Cannon & Gormley for any loss or damage arising in any way from its use. If you have received this communication in error, please immediately notify the sender at 702-384-4012, or by electronic email.

**From:** Sarai L. Brown <sbrown@skanemills.com>
**Sent:** Thursday, September 11, 2025 8:32 AM
**To:** Carlston, Jon J. <Jon.Carlston@wilsonelser.com>; Allison Hardy <AHardy@vegasvalleylaw.com>
**Cc:** Max Corrick <mcorrick@ocgattorneys.com>; Kris T. Zeppenfeld Esq. <kz@vegasvalleylaw.com>; Justin Pasquale Esq. <JPasquale@vegasvalleylaw.com>; Jennifer Reynhout <jreynhout@vegasvalleylaw.com>
**Subject:** Re: [External Sender] Benton v Walmart, et al.

Approved for me as well.

Thanks,

Sarai

Get Outlook for iOS

**From:** Carlston, Jon J. <Jon.Carlston@wilsonelser.com>
**Sent:** Thursday, September 11, 2025 7:37:05 AM
**To:** Allison Hardy <AHardy@vegasvalleylaw.com>
**Cc:** Max Corrick <mcorrick@ocgattorneys.com>; Sarai L. Brown <sbrown@skanemills.com>; Kris T. Zeppenfeld Esq. <kz@vegasvalleylaw.com>; Justin Pasquale Esq. <JPasquale@vegasvalleylaw.com>; Jennifer Reynhout <jreynhout@vegasvalleylaw.com>
**Subject:** Re: [External Sender] Benton v Walmart, et al.

Approved.

Regards,

Jon J. Carlston, Esq.
Wilson Elser Moskowitz
Edelman & Dicker LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Jon.Carlston@wilsonelser.com
Direct: (702) 727-1377
Cell: (702) 780-9739
Main: (702) 727-1400

> On Sep 11, 2025, at 7:31 AM, Allison Hardy <AHardy@vegasvalleylaw.com> wrote:

> **EXTERNAL EMAIL** This email originated from outside the organization.

> Good morning,

> Please review the proposed SAO attached above for your approval. Please let me know if you have any edits or if I may affix your e-signatures.

> Thank you! 😊

> **Vegas Valley Injury Law**
> **Allison Hardy**
> **Paralegal**
>
> T: 702-444-5555 | F: 725-800-7227
> Email: AHardy@vegasvalleylaw.com | www.vegasvalleylaw.com