**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
Chris J. Richardson, Esq.
Nevada Bar No. 9166
Chris.Richardson@wilsonelser.com
Jon J. Carlston, Esq.
Nevada Bar No. 10869
Jon.Carlston@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Ph.: 702.727.1400 | Fax: 702.727.1401
*Attorneys for Defendant*
ANDERSON MERCHANDISERS, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CONSTANCE BENTON, a Special Administrator of the Estate of ROBERT BARCONIA, JR., deceased,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC., a Delaware Corporation d/b/a WALMART SUPERCENTER #3728; BROSNAN RISK CONSULTANTS, LTD., a New York Corporation; ANDERSON MERCHANDISERS, LLC, a foreign limited liability company; DOES I-X and ROE CORPORATIONS IV-X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01034-GMN-BNW<br><br>**Stipulation and Order to Vacate Settlement Conference and Proceed with Private Mediation** |

Pursuant to ECF 76, entered September 10, 2025, the Court ordered the parties to participate in a Settlement Conference on December 3, 2025.

However, the parties wish to attend a private mediation in lieu of this Court-ordered Settlement Conference. The parties have agreed to mediate with the Hon. David Wall (Ret.) of JAMS and are in the process of finalizing February 18, 2026, as the mediation date.

The reason for this request and for this later date is to include decedent Robert Barconia, Jr.'s three minor children (through their mothers) in this mediation so their claims may also be mediated as part of this mediation. See ECF 74 (filed August 28, 2025) for further explanation regarding including these minors as part of this mediation.

319375777v.1

The parties will file a Joint Status Report no later than February 20, 2026, regarding the outcome of this mediation.

Dated this 20th day of November 2025.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

*/s/ Jon J. Carlston*
CHRIS J. RICHARDSON, ESQ.
Nevada Bar No. 9166
JON J. CARLSTON, ESQ.
Nevada Bar No. 10869
*Attorneys for Defendant*
ANDERSON MERCHANDISERS, LLC

Dated this 20th day of November 2025.

**SKANE MILLS LLP**

*/s/ Sarai L. Brown*
Elizabeth A. Skane, Esq. (Bar No. 7181)
eskane@skanemills.com
Sarai L. Brown, Esq. (Bar No. 11067)
sbrown@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
T: (702) 363-2535 / F: (702) 363-2534
*Attorneys for Defendant*
WALMART, INC. doing business as WALMART SUPERCENTER #3728

Dated this 20th day of November 2025.

**VEGAS VALLEY INJURY LAW**

*/s/ Kristopher T. Zeppenfeld*
KRISTOPHER T. ZEPPENFELD, ESQ.
Nevada Bar No. 12144
710 S. Seventh Street, Suite C
Las Vegas, NV 89101
Tel: (702) 444-5555 / Fax: (725) 800-7227
kz@vegasvalleylaw.com
*Attorneys for Plaintiff*

Dated this 20th day of November 2025.

**OLSON CANNON & GORMLEY**

*/s/ Max E. Corrick*
JAMES R. OLSON, ESQ.
Nevada Bar No. 116
MAX E. CORRICK, II
Nevada Bar No. 6609
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Las Vegas, NV 89129
jolson@ocgattorneys.com
mcorrick@ocgattorneys.com
702-384-4012 / 702-383-0701 fax
*Attorney for Defendant*
BROSNAN RISK CONSULTANTS, LTD.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 25, 2025

-2-

319375777v.1