**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
Chris J. Richardson, Esq.
Nevada Bar No. 9166
Chris.Richardson@wilsonelser.com
Jon J. Carlston, Esq.
Nevada Bar No. 10869
Jon.Carlston@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Ph.: 702.727.1400 | Fax: 702.727.1401
*Attorneys for Defendant*
ANDERSON MERCHANDISERS, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CONSTANCE BENTON, a Special Administrator of the Estate of ROBERT BARCONIA, JR., deceased,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC., a Delaware Corporation d/b/a WALMART SUPERCENTER #3728; BROSNAN RISK CONSULTANTS, LTD., a New York Corporation; ANDERSON MERCHANDISERS, LLC, a foreign limited liability company; DOES I-X and ROE CORPORATIONS IV-X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01034-GMN-BNW<br><br>**Second Joint Status Report Regarding Case Settlement, and Request for Continued Status Check Date** |

The Parties jointly submit this Status Report to advise the Court that this matter remains resolved. However, the Parties need additional time to complete all settlement documentation before dismissing the case.

The Parties respectfully request that the Court set a further status check for **August 21, 2026** (the initial status check date was June 22, 2026; *see* ECF Nos. 83 and 84), by which time the Parties expect to submit a stipulation to dismiss this case. The settlements of two of the three of decedent's minor children have been approved pursuant to NRS 41.200. The Parties are currently working to

319375777v.1

obtain approval of the remaining minor's settlement. Once that approval is obtained, the settlement process can be completed, and the Parties can proceed with dismissal of this action.

The Parties anticipate submitting a stipulation and order for dismissal on or before August 21, 2026. If dismissal has not been filed by that date, the Parties will submit an additional Joint Status Report to advise the Court if any additional time may be needed.

Dated this 18th day of June 2026.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

/s/ Jon J. Carlston
CHRIS J. RICHARDSON, ESQ.
Nevada Bar No. 9166
JON J. CARLSTON, ESQ.
Nevada Bar No. 10869
*Attorneys for Defendant*
ANDERSON MERCHANDISERS, LLC

Dated this 18th day of June 2026.

**SKANE MILLS LLP**

/s/ Sarai L. Brown
Elizabeth A. Skane, Esq. (Bar No. 7181)
eskane@skanemills.com
Sarai L. Brown, Esq. (Bar No. 11067)
sbrown@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
T: (702) 363-2535 / F: (702) 363-2534
*Attorneys for Defendant*
WALMART, INC. doing business as
WALMART SUPERCENTER #3728

Dated this 18th day of June 2026.

**VEGAS VALLEY INJURY LAW**

/s/ Kristopher T. Zeppenfeld
KRISTOPHER T. ZEPPENFELD, ESQ.
Nevada Bar No. 12144
710 S. Seventh Street, Suite C
Las Vegas, NV 89101
Tel: (702) 444-5555 / Fax: (725) 800-7227
kz@vegasvalleylaw.com
*Attorneys for Plaintiff*

Dated this 18th day of June 2026.

**OLSON CANNON & GORMLEY**

/s/ Max E. Corrick
JAMES R. OLSON, ESQ.
Nevada Bar No. 116
MAX E. CORRICK, II
Nevada Bar No. 6609
9950 West Cheyenne Avenue
Las Vegas, NV 89129
jolson@ocgattorneys.com
mcorrick@ocgattorneys.com
702-384-4012 / 702-383-0701 fax
*Attorney for Defendant*
BROSNAN RISK CONSULTANTS, LTD.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: June 23, 2026

-2-

319375777v.1