**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Chris J. Richardson, Esq.
Nevada Bar No. 9166
Chris.Richardson@wilsonelser.com
Jon J. Carlston, Esq.
Nevada Bar No. 10869
Jon.Carlston@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Ph.: 702.727.1400 | Fax: 702.727.1401
*Attorneys for Defendant*
ANDERSON MERCHANDISERS, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CONSTANCE BENTON, a Special Administrator of the Estate of ROBERT BARCONIA, JR., deceased,

Plaintiff,

vs.

WALMART INC., a Delaware Corporation d/b/a WALMART SUPERCENTER #3728; BROSNAN RISK CONSULTANTS, LTD., a New York Corporation; ANDERSON MERCHANDISERS, LLC, a foreign limited liability company; DOES I-X and ROE CORPORATIONS IV-X, inclusive,

Defendants.

Case No. 2:23-cv-01034-GMN-BNW

**Stipulation and Order for Dismissal with Prejudice**

The Parties stipulate to the dismissal of the above-captioned lawsuit in its entirety, with prejudice, including all claims that were or could have been asserted, including any inter-defendant claims for indemnity or contribution, with each party to bear its own fees and costs. The September 21, 2026, status check may be vacated, and the case may be closed.

Dated this 24th day of September 2026.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

*/s/ Jon J. Carlston*
CHRIS J. RICHARDSON, ESQ.
Nevada Bar No. 9166
JON J. CARLSTON, ESQ.
Nevada Bar No. 10869
*Attorneys for Defendant*
ANDERSON MERCHANDISERS, LLC

Dated this 26th day of August 2026.

**VEGAS VALLEY INJURY LAW**

*/s/ Kristopher T. Zeppenfeld*
KRISTOPHER T. ZEPPENFELD, ESQ.
Nevada Bar No. 12144
710 S. Seventh Street, Suite C
Las Vegas, NV 89101
Tel: (702) 444-5555 / Fax: (725) 800-7227
kz@vegasvalleylaw.com
*Attorneys for Plaintiff*

Dated this 21st day of September 2026.

**SKANE MILLS LLP**

*/s/ Sarai L. Brown*
Elizabeth A. Skane, Esq. (Bar No. 7181)
eskane@skanemills.com
Sarai L. Brown, Esq. (Bar No. 11067)
sbrown@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
T: (702) 363-2535 / F: (702) 363-2534
*Attorneys for Defendant*
WALMART, INC. doing business as WALMART SUPERCENTER #3728

Dated this 17th day of September 2026.

**OLSON CANNON & GORMLEY**

*/s/ Max E. Corrick*
JAMES R. OLSON, ESQ.
Nevada Bar No. 116
MAX E. CORRICK, II
Nevada Bar No. 6609
9950 West Cheyenne Avenue
Las Vegas, NV 89129
jolson@ocgattorneys.com
mcorrick@ocgattorneys.com
702-384-4012 / 702-383-0701 fax
*Attorney for Defendant*
BROSNAN RISK CONSULTANTS, LTD.

**ORDER**

**IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees.

The Clerk of Court is kindly directed to close the case.

IT IS SO ORDERED:

DATED this _24_ day of September, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT